UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER JAMES CARR,<br><br>     Petitioner,<br><br> v.<br><br>KAREN ARNOLD ,<br><br>     Respondent. | CASE NO. 2:25-cv-00266-LK-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS,* DKT. 1** |

  Petitioner has filed a federal habeas petition under 28 U.S.C. § 2241/2254, and an application seeking leave to proceed *in forma pauperis* (IFP). The Court GRANTS the IFP application, Dkt. 1, and directs the Clerk to file the petition for writ of habeas corpus without prepayment of fees.  The Clerk shall provide a copy of this Order to petitioner.

  DATED this 13th day of February, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1